UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
UNITED STATES OF AMERICA          :      **ORDER**
                                  :
    - v. -                        :
                                  :      S1 07 Cr. 737 (PKC)
YOUNG SON IM,                     :
SANGMIN CHUN,                     :
HADON KIM,                        :
    a/k/a "Patrick Kim",          :
CULLEN HUMPHREY KA,               :      USDS SDNY
FU YU MIAO,                       :      DOCUMENT
    a/k/a "Kenny", and            :      ELECTRONICALLY FILED
JAVIER DIAZ,                      :      DOC #: _____
    a/k/a "Magic",                :      DATE FILED: 10/10/07
                                  :
          Defendants.             :
----------------------------------x

          Upon the application of the United States of America,

by and through Assistant United States Attorney John T. Zach, it

is hereby ORDERED that the request for an exclusion of time under

the Speedy Trial Act in this case is hereby GRANTED from the date

of this Order until November 6, 2007.

          The Court finds that the ends of justice served by

granting a continuance outweigh the best interests of the public

and the defendant in a speedy trial, because it will permit the

parties to further pursue plea discussions and for the Government

to provide discovery.  Accordingly, it is further ORDERED that

the time between the date of this Order and November 6, 2007 is

hereby excluded under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:    New York, New York
          October 9 , 2007

                                        _____
                                        JUDGE P. KEVIN CASTEL
                                        UNITED STATES DISTRICT JUDGE