```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                  07 Cr. 737 (PKC)

        -v.-                          BAIL MODIFICATION ORDER

HADON KIM

                Defendant.
------------------------------------------------------------x

       The defendant's bail is modified to include mental health counseling and treatment as deemed appropriate by the Pretrial Services Agency.

       SO ORDERED.

                                                      P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
            November 14, 2007