**HOWARD R LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE (646) 533-7696
FACSIMILE  (212) 545-7514

VIA ECF

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

February 21, 2008

<u>United States v. Young Son Im</u>
07 Cr. 737 (PKC)

Dear Judge Castel:

    This letter is submitted for the purpose of formally submitting my Notice of Appearance in this matter. Apparently, I had overlooked doing so. Accordingly, I was not receiving notices via ECF and the Court did not have my e-mail address.

    I apologize for this oversight on my part.

Respectfully submitted,


/s/
HOWARD R LEADER

cc: John T. Zach, Esq.,
    Assistant United States Attorney