**DONALDSON, CHILLIEST & McDANIEL, LLP**

Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards*
*Member NY, NJ & GA Bars

Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Ozro Thaddeus Wells
Thomas B. Donaldson
Paula Brown Donaldson
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-4700

# MEMO ENDORSED

August 14, 2008

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AUG 1 0 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

    Re:    United States v. Hadon Kim
            Indictment No.:  07 Cr. 737 (PKC)

Dear Your Honor:

    Please be advised that I represent defendant, Hadon Kim, in the above-referenced matter. I spoke with Pretrial Services Officer Lisa Chan and she recommends that Mr. Kim's pretrial supervision reporting requirements be modified from bi-weekly to monthly. As such, we respectfully request that Your Honor modifies Mr. Kim's pretrial supervision so that he can report on a monthly basis.

    Please also be advised that I spoke to Assistant United States Attorney John Zach, who is assigned to this case, and he has no objection to the modifications.

    Thank you for your consideration with this matter.

    Should you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

Donaldson, Chilliest & McDaniel, LLP

Erika McDaniel Edwards

Application Granted.

So Ordered

Hon. P. Kevin Castel, U.S.D.J.

8/20/08